Joshua G. Simon, Bar No. 264714
  jsimon@calljensen.com
Jeffrey M. David, Bar No. 265503
  jdavid@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel:   (949) 717-3000

Attorneys for Plaintiff Ossur Americas Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ÖSSUR AMERICAS INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SIGURÐUR ÁSGEIRSSON; SIGGI TECH LLC, a California limited liability company; SB1 CONSULTING LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  8:23-cv-02454 JWH (JDEx)<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**<br><br><br><br>Complaint Filed:  December 22, 2023<br>Trial Date:         None Set |

**TO THE CLERK OF THE ABOVE-TITLED COURT:**

Plaintiff Ossur Americas Inc., respectfully requests that the Clerk enter default in the above-captioned action pursuant to Federal Rule of Civil Procedure 55(a) against Defendants Sigurdur Asgeirsson; Siggi Tech, LLC and SB1 Consulting, LLC on the grounds that Defendants were served on March 22, 2024, but failed to appear or plead within the time prescribed by the Federal Rules of Civil Procedure.

Dated: May 7, 2024

CALL & JENSEN
A Professional Corporation
Joshua G. Simon
Jeffrey M. David


By: */s/ Jeffrey M. David*
      Jeffrey M. David

Attorneys for Plaintiff Ossur Americas Inc.